alleged false statement to be published. Possible, triable issues remain and the denial of summary judgment was proper. Order unanimously affirmed, with $10 costs. Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

■

GEORGE H. HUGHES, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Appeal from an order of the Supreme Court, Albany County Special Term, which directed a separate trial of the issues raised as to the validity of two releases pleaded as a separate defense. The order was discretionary (Civ. Prac. Act, § 443, subd. 3), and it does not appear that the court at Special Term abused such discretion. Order unanimously affirmed, without costs. Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS MONSKY, Appellant, against J. VERNEL JACKSON, as Warden of Clinton Prison, Respondent.— Appeal from an order of the Supreme Court, Clinton County, dismissing a writ of habeas corpus. The question sought to be raised herein has already been passed upon by this court adversely to the relator. (*People ex rel. Monsky v. Martin,* 266 App. Div. 1053, appeal dismissed 291 N. Y. 821.) Order unanimously affirmed, without costs. Present — Foster, P. J., Heffernan, Deyo, Bergan and Coon, JJ.

■

## FOURTH DEPARTMENT, MAY, 1951.

### (May 2, 1951.)

■

ROBERT H. NOWAK, an Infant, by JOHN J. NOWAK, His Guardian ad Litem, Appellant, v. AQUINAS INSTITUTE OF ROCHESTER, Respondent.— Judgment affirmed, without costs of this appeal to either party. All concur. (Appeal from a judgment dismissing the complaint in a negligence action.) Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ.

■

ETTA M. REED, Respondent-Appellant, v. ALLAN WHITWOOD, Respondent, and IROQUOIS BEVERAGE CORP. et al., Appellants-Respondents.— Judgment and order affirmed, with costs. All concur. (Appeals from a judgment for plaintiff against defendants Iroquois Beverage Corp., Lafferty, and Dornan, and in favor of defendant Whitwood for no cause of action, in an automobile negligence action. The order denied a motion by defendants for a new trial.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.

■

CLYDE W. REED, Respondent-Appellant, v. ALLAN WHITWOOD, Respondent, and IROQUOIS BEVERAGE CORP. et al., Appellants-Respondents.— Judgment and order affirmed, with costs. All concur. (Appeals from a judgment for plaintiff against defendants Iroquois Beverage Corp., Lafferty, and Dornan, and in favor of defendant Whitwood for no cause of action, in an automobile negligence action. The order denied a motion by defendants for a new trial.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.